# Earnings Statement

**RICKEY PATTON**

Pay Date: 05/03/2019  
Period Start: 04/13/2019  
Period End: 04/26/2019  

Company: 0BG36 - ENERGY RESOURCE PARTNERS  
PO BOX 30204  
EDMOND OK 73003   (405) 519-9892  

Emp #: A001  
Dept: 100 - Administrative  
Pay Basis: Salary  

|  |  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | | 3653.85 | 32884.65 |
| | Gross | | | 3653.85 | 32884.65 |
| **W/H Taxes** | | | | | |
| Federal W/H(M/0) | | | | 338.12 | 3043.08 |
| Medicare | | | | 49.24 | 443.16 |
| Social Security | | | | 210.54 | 1894.86 |
| **Deductions** | | | | | |
| Medical | | | | 257.99 | 2321.91 |
| | Net Pay | | | 2797.96 | 25181.64 Voucher No. 10074DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | | 2797.96 | 25181.64 A/C:6432 |

---

**Voucher No. 10074DD**

ENERGY RESOURCE PARTNERS  
PO BOX 30204  
EDMOND, OK   73003  

DATE: 05/03/2019

Dept: 100

## Net Pay:                                      2797.96

Two Thousand Seven Hundred Ninety Seven And 96/100 Dollars

RICKEY PATTON  
20251 RAINTREE LN

For Record Purposes Only

| | | | |
|---|---|---|---|
| Pay Date: | 04/19/2019 | Company: 0BG36 - ENERGY RESOURCE PARTNERS | Emp #: A001 |
| Period Start: | 03/30/2019 | PO BOX 30204 | Dept: 100 - Administrative |
| Period End: | 04/12/2019 | EDMOND OK 73003  (405) 519-9892 | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 3653.85 | 29230.80 |
| Gross | | 3653.85 | 29230.80 |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 338.12 | 2704.96 |
| Medicare | | 49.24 | 393.92 |
| Social Security | | 210.54 | 1684.32 |
| **Deductions** | | | |
| Medical | | 257.99 | 2063.92 |
| Net Pay | | 2797.96 | 22383.68 Voucher No. 10071DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2797.96 | 22383.68 A/C:6432 |

**Voucher No. 10071DD**

ENERGY RESOURCE PARTNERS
PO BOX 30204
EDMOND, OK  73003

DATE: 04/19/2019

Dept: 100

# Net Pay:                                                                 2797.96

Two Thousand Seven Hundred Ninety Seven And 96/100 Dollars

RICKEY PATTON
20251 RAINTREE LN

For Record Purposes Only

# Earnings Statement

**RICKEY PATTON**

Pay Date: 04/05/2019  
Period Start: 03/16/2019  
Period End: 03/29/2019  

Company: 0BG36 - ENERGY RESOURCE PARTNERS  
PO BOX 30204  
EDMOND OK 73003  (405) 519-9892  

Emp #: A001  
Dept: 100 - Administrative  
Pay Basis: Salary  

|  |  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3653.85 | 25576.95 |
| | Gross | | 3653.85 | 25576.95 |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 338.12 | 2366.84 |
| Medicare | | | 49.24 | 344.68 |
| Social Security | | | 210.54 | 1473.78 |
| **Deductions** | | | | |
| Medical | | | 257.99 | 1805.93 |
| | Net Pay | | 2797.96 | 19585.72 Voucher No. 10062DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2797.96 | 19585.72 A/C:6432 |

---

**Voucher No. 10062DD**

ENERGY RESOURCE PARTNERS  
PO BOX 30204  
EDMOND, OK  73003  

DATE: 04/05/2019  

Dept: 100  

**Net Pay:**      **2797.96**

Two Thousand Seven Hundred Ninety Seven And 96/100 Dollars

RICKEY PATTON  
20251 RAINTREE LN  

For Record Purposes Only

# Earnings Statement

RICKEY PATTON

Pay Date: 03/25/2019
Period Start: 03/02/2019
Period End: 03/15/2019

Company: 0BG36 - ENERGY RESOURCE PARTNERS
PO BOX 30204
EDMOND OK 73003  (405) 519-9892

Emp #: A001
Dept: 100 - Administrative
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 3653.85 | 21923.10 |
| Gross | | 3653.85 | 21923.10 |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 338.12 | 2028.72 |
| Medicare | | 49.24 | 295.44 |
| Social Security | | 210.54 | 1263.24 |
| **Deductions** | | | |
| Medical | | 257.99 | 1547.94 |
| Net Pay | | 2797.96 | 16787.76 Voucher No. 10059DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2797.96 | 16787.76 A/C:6432 |

---

Voucher No. 10059DD

ENERGY RESOURCE PARTNERS
PO BOX 30204
EDMOND, OK  73003

DATE: 03/25/2019

Dept: 100

**Net Pay:**   **2797.96**

Two Thousand Seven Hundred Ninety Seven And 96/100 Dollars

RICKEY PATTON
20251 RAINTREE LN

For Record Purposes Only