**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-20148-RLJ-7 |
| RICKEY & RENA PATTON | § | |
|     DEBTOR(S). | § | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned attorney of the firm of Wilcox Law, PLLC represent Ford Motor Credit Company LLC, a creditor and party in interest in these proceedings, and enter an appearance and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

This Notice of Appearance shall not be construed as designation of the undersigned attorney as agent for service under Bankruptcy Rules 7004 or 9014(b).

Respectfully submitted,

/s/    Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
(817) 870-1181 Facsimile
swilcox@wilcoxlaw.net
ATTORNEY FOR FORD MOTOR CREDIT COMPANY LLC

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was ELECTRONICALLY FILED on:

Troy Blackwell
703 S. VanBuren
Amarillo, TX 79101

Kent Ries
2700 S. Western St., Suite 300
Amarillo, TX 79109

Dated on May 16, 2019.

                                                           /s/   Stephen G. Wilcox
                                                           Stephen G. Wilcox,

1702-36547-483330