John Massouh, SBN 24026866
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 Fax

*Attorneys for FirstBank Southwest, N.A.*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICKEY LYNN PATTON and | § | CASE NO. 19-20148-rlj7 |
| RENA LON PATTON | § | |
| | § | |
| Debtors | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

FirstBank Southwest hereby requests that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon its attorney of record, John Massouh, Sprouse Shrader Smith PLLC, P.O. Box 15008, Amarillo, Texas 79105.  This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code or in the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX


*/s/ John Massouh*
John Massouh

*Attorneys for FirstBank Southwest, N.A.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail on **May 21, 2019** upon all parties entitled to such notice as provided by the ECF filing system.

*/s/ John Massouh*
John Massouh

3344.360
1093600_1.docx