Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
(817) 870-1181 Facsimile
swilcox@wilcoxlaw.net

ATTORNEY FOR AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICKEY & RENA PATTON, | § | CASE NO. 19-20148-RLJ-7 |
| | § | |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that the undersigned attorneys of the firm of Wilcox Law, PLLC represent Americredit Financial Services, Inc. d/b/a GM Financial, a creditor and party in interest in these proceedings, and enter an appearance and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

This Notice of Appearance shall not be construed as designation of the undersigned attorneys as agents for service under Bankruptcy Rules 7004 or 9014(b).

Respectfully submitted,

  /s/    Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
(817) 870-1181 Facsimile
swilcox@wilcoxlaw.net
ATTORNEY FOR AMERICREDIT
FINANCIAL SERVICES, INC. D/B/A GM
FINANCIAL

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Notice of Appearance was served by ELECTRONIC FILING on:

Troy Blackwell
703 S. VanBuren
Amarillo, TX 79101

Kent Ries
2700 S. Western St., Suite 300
Amarillo, TX 79109

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX  75242

on May 24, 2019.

                                                                                       /s/    Stephen G. Wilcox
                                                                                      Stephen Wilcox

9040-00258-483688