Johnathan H. Hinders, TSB #24092517
Mullin Hoard & Brown, LLP
500 South Taylor, Suite 800, LB #213
P.O. Box 31656
Amarillo, TX 79120-1656
Tel:       806-337-1117
Fax:      806-372-5086
jhinders@mhba.com
www.mullinhoard.com
Attorneys for Great Plains Bank

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| § | |
| **RICKEY LYNN PATTON** and § | NO. 19-20148-rlj7 |
| **RENA LON PATTON** § | |
| § | |
| **Debtors.** § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

TO:   The bankruptcy clerk, debtors, debtors' attorney, the U.S. Trustee, and all interested parties.

Please take notice that the undersigned law firm of Mullin Hoard & Brown, LLP represents the interest of Great Plains Bank in the captioned case and, as applicable, under the Federal Rules of Bankruptcy Procedure, here requests that all notices required in this case and all papers required to be served in this case be given to and served upon:

**Johnathan H. Hinders**
**Mullin Hoard & Brown, LLP**
**P.O. Box 31656**
**Amarillo, TX 79120-1656**

Please take further notice that under 11 U.S.C. § 101 *et seq.*, as applicable, the foregoing request includes not only the notices and papers referred to in the applicable Federal Rules of Bankruptcy Procedure, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or

informal, whether written or oral, and whether transmitted or conveyed, by mail, hand delivery, telephone, facsimile, or otherwise filed by hand or CM/ECF electronically.

Dated: June 17, 2019
      Amarillo, Texas

                    Respectfully submitted,

                    ***MULLIN HOARD & BROWN, LLP***
                    Johnathan H. Hinders, TSB #24092517
                    500 South Taylor, Suite 800, LB #213
                    P.O. Box 31656
                    Amarillo, TX 79120-1656
                    Tel:    806-337-1119
                    Fax:   806-372-5086
                    jhinders@mhba.com
                    www.mullinhoard.com

        By:    /s/ Johnathan H. Hinders
                Johnathan H. Hinders
                *Attorneys for Great Plains Bank*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing document was this 17th day of June, 2017 served electronically on all appropriate parties through the court's CM/ECF filing system. In addition, on this day those parties not receiving documents electronically will be served by U.S. first class mail, postage prepaid.

                    /s/ Johnathan H. Hinders
                    Johnathan H. Hinders