TROY A. BLACKWELL; SBN 00793348
BLACKWELL LAW FIRM, LLP
703 S. Van Buren
Amarillo, TX 79101
(806)331-3130
(806)331-4530 FAX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICKEY LYNN PATTON | § | CASE NO. 19-20148-7 |
| RENA LON PATTON | § | |
| | § | |
| | § | |
| DEBTORS | § | |

### VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge. I also certify that the attached mailing list

[ ] is the first mailing list filed in this case.
[xx] adds entities not listed on previously filed list(s).
[ ] changes or corrects names and addresses on previously filed mailing list(s).

DATE: July 9, 2019

/s/Troy Blackwell; SBN 00793348
Attorney for Debtor(s)

Kyle Michels
7213 Versailles
Amarillo, TX 79121

Greg Bazar
2208 Wayne Ave
Lubbock, TX 79107

Madison Scott
7409 Parkridge Dr
Amarillo, TX 79119

Chad Tompkins
2161 SE 2001
Andrews, TX 79714

Judd Porter
45 Prairie Ln
Andrews, TX 79714

Aaron Gibson
605 NW 5th St
Andrews, TX 79714

Joseph Newbrough
700 NE 1500
Andrews, TX 79714

Brady Keys
4814 119th St
Lubbock, TX 79424

Jason Blacklock
16609 Co. Rd 1920
Lubbock, TX 79124

Chris Shah
7000 Preston Rd
Frisco, TX 75034

Law Office of Keith Thompson, PC
11003 Quaker Ave
Lubbock, TX 79424

Eleven Texas Investments, LLC
c/o Judd Porter
405 SW1st
Andrews, TX 79714

Eleven Texco
c/o Eleven Texas Investments
405 SW 1st
Andrews, TX 79714

Eleven Texas Investments, LLC
405 SW 1st
Andrews, TX 79714

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date this motion was filed, a true and correct copy of the foregoing was served on the following parties in interest via U.S. Mail or electronic notice:

CHAPTER 7 TRUSTEE-via electronic notice
Kent Ries
2700 S. Western St., Ste 300
Amarillo, TX 79109

U.S. TRUSTEE-via electronic notice
William Parkinson
1100 S. Commerce, Rm. 976
Dallas, Texas 75242

CREDITOR
Greg Bazar
2208 Wayne Ave
Lubbock, TX 79407

CREDITOR
Chad Tompkins
2161 SE 2001
Amarillo, TX 79119

CREDITOR
Aaron Gibson
605 NW 5th St
Andrews, TX 79714

CREDITOR
Brady Keys
4814 119th St
Lubbock, TX 79424

CREDITOR
Chris Shah
7000 Preston Rd
Frisco, TX 75034

CREDITOR
Law Office of Keith C. Thompson, PC
11003 Quaker Ave
Lubbock, TX 79424

CREDITOR
Eleven Texco
c/o Eleven Texas Investments, LLC
405 SW 1st
Andrews, TX 79714

DEBTORS
Rickey and Rena Patton
20251 Raintree Ln.
Canyon, TX 79015

CREDITOR
Kyle Michels
7213 Versailles
Amarillo, TX 79121

CREDITOR
Madison Scott
7409 Parkridge Dr
Amarillo, TX 79119

CREDITOR
Judd Porter
45 Prairie Ln
Andrews, TX 79714

CREDITOR
Joseph Newbrough
700 NE 1500
Andrews, TX 79714

CREDITOR
Jason Blacklock
16609 Co. Rd. 1920
Lubbock, TX 79424

CREDITOR
Eleven Texas Investments, LLC
c/o Judd Porter
200 NW Ave K
Andrews, TX 79714

CREDITOR
Eleven Texas Investments, LLC
405 SW 1st
Andrews, TX 79714

/s/ Troy Blackwell, SBN 00793348
Attorney for Debtor(s)

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Rickey** **Lynn** **Patton** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Rena** **Lon** **Patton** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | 19-20148-7 |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Priority Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 **Rickey Lynn Patton**
Debtor 2 **Rena Lon Patton**  Case number (if known) __19-20148-7__

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1  $90,000.00

**Can Capital Asset Servicing, Inc.**
Nonpriority Creditor's Name
**2015 Vaughn Rd. NW, Suite 500**
Number    Street

**Kennesaw      GA    30144-7831**
City            State    ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __6__  __6__  __4__  __5__
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Trade Debt**

### 4.2  $2,504.31

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
Number    Street

**City of Industry     CA    91716-0599**
City                    State    ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __6__  __6__  __3__  __2__
When was the debt incurred?  __3/2019__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Debtor 1 **Rickey Lynn Patton**
Debtor 2 **Rena Lon Patton**     Case number (if known) __19-20148-7__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
Number   Street

**City of Industry**   **CA**   **91716-0599**
City   State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __0__ __0__ __8__ __5__
When was the debt incurred?   __2/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

$2,202.97

### 4.4

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
Number   Street

**City of Industry**   **CA**   **91716-0599**
City   State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __2__ __9__ __5__ __7__
When was the debt incurred?   __2/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

$758.36

### 4.5

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
Number   Street

**City of Industry**   **CA**   **91716-0599**
City   State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __7__ __9__ __1__ __9__
When was the debt incurred?   __3/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

$2,618.57

Debtor 1 **Rickey Lynn Patton**
Debtor 2 **Rena Lon Patton**        Case number (if known) __19-20148-7__

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**                                                                                                   $3,579.08

**Chase**
Nonpriority Creditor's Name
**PO Box 6294**
Number       Street

**Carol Stream**    **IL**    **60197**
City                State    ZIP Code

Last 4 digits of account number   __9__ __0__ __7__ __7__
When was the debt incurred?   __3/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.7**                                                                                                   $969.19

**Chase**
Nonpriority Creditor's Name
**PO Box 6294**
Number       Street

**Carol Stream**    **IL**    **60197**
City                State    ZIP Code

Last 4 digits of account number   __8__ __8__ __1__ __8__
When was the debt incurred?   __3/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.8**                                                                                                   $18,565.58

**Chase**
Nonpriority Creditor's Name
**PO Box 15123**
Number       Street

**Wilmington**    **DE**    **19850-5123**
City              State    ZIP Code

Last 4 digits of account number   __6__ __1__ __8__ __6__
When was the debt incurred?   __3/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Personal Credit Card / Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1 **Rickey Lynn Patton**
Debtor 2 **Rena Lon Patton**            Case number (if known) __19-20148-7__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**Chase/Amazon**
Nonpriority Creditor's Name
**PO Box 6294**
Number    Street

**Carol Stream**     **IL**    **60197**
City            State    ZIP Code

Last 4 digits of account number __4__ __6__ __4__ __0__
When was the debt incurred? __3/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$10,475.92

### 4.10

**Dealer Electronic Supplies**
Nonpriority Creditor's Name
**8500 W. Renoark**
Number    Street

**Oklahoma City**     **OK**    **73127**
City            State    ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$69,000.00

### 4.11

**Dillards/Wells Fargo**
Nonpriority Creditor's Name
**PO Box 51193**
Number    Street

**Los Angeles**     **CA**    **90051**
City            State    ZIP Code

Last 4 digits of account number __4__ __5__ __5__ __7__
When was the debt incurred? __3/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$2,645.43

Debtor 1    **Rickey Lynn Patton**
Debtor 2    **Rena Lon Patton**      Case number (if known) __19-20148-7__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12

**Discover**
Nonpriority Creditor's Name
**PO Box 790213**
Number    Street

**Saint Louis**      **MO**    **63179**
City      State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __1__   __7__   __1__   __7__
When was the debt incurred?    __3/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

$13,061.15

### 4.13

**Great Plains National Bank**
Nonpriority Creditor's Name
**2017 W. Third**
Number    Street

**Elk City**      **OK**    **73644**
City      State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Potential Issues with Bank Loan**
**Novation of Loan & Other Affirmative Defenses**

Last 4 digits of account number   __5__   __3__   __8__   __0__
When was the debt incurred?    __2/2016__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt/Disputed**

$160,000.00

Debtor 1  Rickey Lynn Patton
Debtor 2  Rena Lon Patton                                       Case number (if known) __19-20148-7__

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.14 | | $635.28 |

**Home Depot**
Nonpriority Creditor's Name
**PO Box 78011**
Number    Street

**Phoenix**          **AZ**    **85062**
City                 State     ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __8__ __5__ __4__ __3__
When was the debt incurred?    3/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| 4.15 | | $620.36 |

**Lowes**
Nonpriority Creditor's Name
**PO Box 530914**
Number    Street

**Atlanta**          **GA**    **30353-0914**
City                 State     ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __6__ __3__ __1__ __2__
When was the debt incurred?    3/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| 4.16 | | $3,849.80 |

**US Bank**
Nonpriority Creditor's Name
**Po Box 790408**
Number    Street

**Saint Louis**      **MO**    **63179-0408**
City                 State     ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __1__ __2__ __9__ __3__
When was the debt incurred?    3/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

Debtor 1    Rickey Lynn Patton
Debtor 2    Rena Lon Patton      Case number (if known) __19-20148-7__

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Aaron Gibson**
Name
605 NW 5th St
Number   Street

Andrews    TX    79714
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Anthony Silas, PC**
Name
PO Box 2200
Number   Street

Whitney    TX    76692
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line __4.10__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Brady T. Keys**
Name
4814 119th St
Number   Street

Lubbock    TX    79424
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Can Capital**
Name
414 W. 14th St., 3rd Floor
Number   Street

New York    NY    10014
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line __4.1__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Chad Tompkins**
Name
2161 SE 2001
Number   Street

Andrews    TX    79714
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1 **Rickey Lynn Patton**
Debtor 2 **Rena Lon Patton**  Case number (if known) __19-20148-7__

### Part 3: List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Chris Shah**
Name
**7000 Preston Rd**
Number    Street

**Frisco**           **TX**    **75034**
City                 State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Dealer Electronic Supply Company**
Name
**2320 Columbus Ave.**
Number    Street

**Waco**             **TX**    **76702-2676**
City                 State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Eleven Texas Investments, LLC**
Name
**c/o Judd Porter**
Number    Street
**200 NW Ave K**

**Andrews**          **TX**    **79714**
City                 State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Eleven Texas Investments, LLC**
Name
**405 SW 1st**
Number    Street

**Andrews**          **TX**    **79714**
City                 State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Eleven Texco**
Name
**c/o Eleven Texas Investments**
Number    Street
**405 SW 1st**

**Andrews**          **TX**    **79714**
City                 State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Greg Bazar**
Name
**2208 Wayne Ave**
Number    Street

**Lubbock**          **TX**    **79407**
City                 State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1 **Rickey Lynn Patton**
Debtor 2 **Rena Lon Patton**      Case number (if known) __19-20148-7__

### Part 3: List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**IRS-Insolvency and Quality**
Name
**PO Box 7346**
Number   Street

**Philadelphia**    **PA**    **19114**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Jason Blacklock**
Name
**1669 Co. Rd. 1920**
Number   Street

**Lubbock**    **TX**    **79424**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Joseph Newbrough**
Name
**700 NE 1500**
Number   Street

**Andrews**    **TX**    **79714**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Judd Porter**
Name
**45 Prairie Ln**
Number   Street

**Andrews**    **TX**    **79714**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Kyle Michels**
Name
**7213 Versailles**
Number   Street

**Amarillo**    **TX**    **79121**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Madison Scott**
Name
**7409 Parkridge Dr**
Number   Street

**Amarillo**    **TX**    **79119**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

Debtor 1 **Rickey Lynn Patton**
Debtor 2 **Rena Lon Patton** Case number (if known) **19-20148-7**

### Part 3: List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

| | |
|---|---|
| **Texco Energy Solutions, Inc,** <br> Name <br> **PO Box 2803** <br> Number  Street <br><br> **Amarillo**   **TX**   **79105-2803** <br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number  ___ ___ ___ ___ |
| **The Law Office of Keith Thompson, PC** <br> Name <br> **11003 Quaker Ave** <br> Number  Street <br><br> **Lubbock**   **TX**   **79424** <br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number  ___ ___ ___ ___ |

Debtor 1     Rickey Lynn Patton
Debtor 2     Rena Lon Patton      Case number (if known) __19-20148-7__

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| 6e. Total. Add lines 6a through 6d. | 6d. | $0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. Student loans | 6f. | $0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $381,486.00 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $381,486.00 |

**Fill in this information to identify your case:**

Debtor 1: **Rickey** (First Name) **Lynn** (Middle Name) **Patton** (Last Name)

Debtor 2 (Spouse, if filing): **Rena** (First Name) **Lon** (Middle Name) **Patton** (Last Name)

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
Rickey Lynn Patton, Debtor 1     Rena Lon Patton, Debtor 2

Date 7/9/19                      Date 7/9/19
    MM / DD / YYYY                   MM / DD / YYYY

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Rickey** First Name | **Lynn** Middle Name | **Patton** Last Name |
| Debtor 2 (Spouse, if filing) | **Rena** First Name | **Lon** Middle Name | **Patton** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **19-20148-7**

 Check if this is an amended filing

Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

Your assets
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B..................................................................................... $165,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................................... $231,578.42

   1c. Copy line 63, Total of all property on Schedule A/B..................................................................................... $396,578.42

### Part 2: Summarize Your Liabilities

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... $130,610.21

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.......................... $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............... + $381,486.00

   Your total liabilities   $512,096.21

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I......................................................................... $5,965.66

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................................................. $4,337.00

Debtor 1    Rickey Lynn Patton
Debtor 2    Rena Lon Patton      Case number (if known) __19-20148-7__

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. What kind of debt do you have?

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations. (Copy line 6a.)

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)

   9d. Student loans. (Copy line 6f.)

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    +

   9g. **Total.** Add lines 9a through 9f.